U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 0 2026
AT ____ O'CLOCK ____
John M. Domurad, Clerk - Syracuse

DATED: 8/1/2026

JOHN PICKERING
PRO SE LITIGANT
98-01 67TH AVENUE
BRUSSELS-APT. 3-O
REGO PARK
QUEENS NY 11374
PHONE: (917) 673-3794

DATED: AUGUST 1st, 2026

TO: THE CHIEF CLERK / CLERK OF THE COURT
US DISTRICT COURT,
NDNY, US COURTHOUSE
P.O. BOX 7367
100 S. CLINTON STREET
SYRACUS, N.Y. 13261-7367

RE: NOTICE OF APPEAL AND MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL CASE NUMBERS:

CASE NUMBERS:

1) PICKERING-GEORGE VS. CITY, COUNTIES, DISTRICTS, OF NYS, et. al. (NDNY)
1:13-CV-00458 (TJM) (CFH) - (AJB) - (CFH)

2) JOHN R. DALEY, JR VS. COMMISSIONER OF (OMH) (OMRDD) et. al. (NDNY)
09-CV-00146 (BKS) (CBF)

3) PICKERING-GEORGE VS. ANDREW M. CUOMO, DISTRICT ATTORNIES,

1.-3. Pg's, EXHIBITS: 10 Pgs. APPEAL FORMS.

PROSECTING ATTORNEYES, et.al. (NDNY)
1:10-CV-00771 (GTS) (DEP)

4) PICKERING-GEORGE VS. OFFICE OF THE ATTORNEY GENERAL, MARIO CUOMO, et.al. (NDNY)
1:11-CV-00741 (MAD) (RFT)

DEAR CHIEF CLERK / CLERK OF THE COURT;
ENCLOSED PLEASE FIND THE FOLLOWING DOCUMENTS FOR FILLING ACROSS THE FOUR SEPARATE CIVIL ACTIONS LISTED ABOVE-ENCLOSED:

1. FOUR (4) SEPARATE NOTICE OF APPEAL (ONE DEDICATED COPY FOR EACH, INDIVIDUAL DOCKET NUMBER).

2. FOUR (4) SEPARATE MOTIONS TO PROCEED IN FORMA PAUPERIS ON APPEAL (ONE DEDICATED COPY FOR EACH INDIVIDUAL DOCKET NUMBER, PURSUANT TO, 28 USC § 1915 AND, F.R.APP. 24),

3. FOUR (4) CERTIFICATES OF SERVICE PROVING STANDARD FIRST-CLASS MAIL / CERTIFIED MAIL DELIVERY TO THE APPELLEES,

NOTICE OF INDIGENCY AND REQUEST FOR SINGLE-COPY PROCESSING:

I JOHN PICKERING / JOHN PICKERING-GEORGE AM [A] SELF-REPRESENTED, INDIGENT LITIGANT CURRENTLY SEEKING IN FORMA PAUPERIS STATUS, DUE TO SEVERE FINAL HARDSHIP, I CANNOT AFFORD (US DOLLARS) THE COST OF, THE NEW YORK LOCAL STATIONARY-PHOTOCOPYING DUPLICATE / DOWNLOADING-PRINT / EMAIL / FAX SETS OR PAYING FOR CERTIFIED—

MAILING TRACKING.

PURSUANT TO THE PROTECTIONS OF THE IN FORMA PAUPERIS ACT (28 USC § 1915) AND, (F.R. APP. PROCEDURE 24), I RESPECTFULLY REQUEST THAT THE CLERKS OFFICE ACCEPT THIS, SINGLE, ORIGINAL HANDWRITTEN DOCUMENT ADJACENT TO, All FORMS NEEDED TO PROCEDURAL DUE PROCESS, DUE PROCESS FOR FILING. PLEASE SCAN THESE ORIGINALS DIRECTLY INTO THE ELECTRONIC CASE FILING (ECF) SYSTEM SO THEY PROPAGATE TO THEIR RESPECTIVE DOCKETS.

ALTERNATIVE REQUEST FOR PROCEDURAL DUE PROCESS;

IN THE ALTERNATIVE, IN THE EVENT — IF THE COURT DENIES, THE SINGLE-COPY PROCESSING REQUEST, I THE PROSE PLAINTIFF-APPELLANT, REQUEST THAT THE CHIEF CLERK AUTHORIZE, AND UTILIZE SELF-ADDRESSED STAMPED ENVELOPE TO — IMMEDIATELY RETURN MY DOCUMENTS ALONG WITH ALL OFFICIAL, BLANK PAPER FORMS AND INSTRUCTIONS NECESSARY TO PROPERLY PERFECT THIS PROCEDURAL DUE PROCESS APPEAL.

THANK YOU / MUCHAS GRACIAS FOR YOUR TIME, ASSISTANCE AND PROCESSING OF THESE FILINGS TO PRESERVE MY JURISDICTIONAL APPELLATE DEADLINES.

RESPECTFULLY GIVEN,

John Pickering
JOHN PICKERING
PRO SE PLAINTIFF-APPELLANT

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7021 2720 0001 9715 2790

**Federal Rules of Appellate Procedure Form 1.**
**Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court.**

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 0 2026
AT ____ O'CLOCK ______
John M. Domurad, Clerk - Syracuse

United States District Court for the
Northern District of New York

JOHN PICKERING

Plaintiff(s),

v.

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK, et. al.

Defendant(s).

Notice of Appeal

Case number:
1:13-CV-00458 (AJB)-(CFH)
09-CV-00146 (BKS) (CBF)
1:10-CV-00771 (GTS) (DEP)
1:11-CV-00741 (MAD) (RFT)

Notice is hereby given that JOHN PICKERING, PLAINT IN THE ABOVE-CAPTIONED MATTER, the Defendant(s) in the above-named case*, hereby appeal(s) to the United States Court of Appeals for the Second Circuit from an Order FINAL entered in this action on the 13TH day of JULY, 2026.

/s/ John Pickering

Name: JOHN PICKERING

Attorney for PRO SE LITIGANT PLAINTIFF

Address: 98-01 67TH AVENUE,
BRUSSELS-APT. 3-0
REGO PARK
QUEENS, N.Y. 11374

[***Note to inmate filers***: *If you are an inmate confined in an institution and you seek the timing benefit of Fed.R.App.P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants.

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)]**

**Notice of Electronic Filing**

The following transaction was entered on 7/13/2026 at 1:23 PM EDT and filed on 7/13/2026
**Case Name:** Pickering-George v. City, Counties, Districts, of New York State et al
**Case Number:** 1:13-cv-00458-AJB-CFH
**Filer:**
**WARNING: CASE CLOSED on 08/25/2014**
**Document Number:** 30(No document attached)

**Docket Text:**
**TEXT ORDER denying [28] and [29] Motions for Reconsideration: The Court has reviewed Plaintiff's Motions for Reconsideration at DKT # [28] and # [29]. Whether construed as motions to alter or amend judgment under Rule 59(e) or motions for relief from a final judgment under one of the provisions of Rule 60(b), plaintiff's motions must be denied in all respects. First, to the extent he seeks relief under Rule 59(e), a review of the record in light of the motion confirms that plaintiff has not identified an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error to prevent manifest injustice. Virgin Atl. Airways, Ltd. v. Natl Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992). Second, to the extent that he seeks relief under Rule 60(b), a review of the record and the motion confirms that plaintiff has not demonstrated any exceptional circumstances necessary to trigger Rule 60(b) relief. Ruotolo v. City of N.Y., 514 F.3d 184, 191 (2d Cir. 2008). Accordingly, plaintiff's motions are DENIED. SO ORDERED by U.S. District Judge Anthony J. Brindisi on 7/13/2026. (Copy served via regular mail)(ztc)**

**1:13-cv-00458-AJB-CFH Notice has been electronically mailed to:**

**1:13-cv-00458-AJB-CFH Notice has been delivered by other means to:**

John Pickering-George
98-01 67th Avenue
Brussels-Apt. 3-0
Rego Park, NY 11374

## Orders on Motions

5:09-cv-00146-BKS-CBF Daley v. Commissioner of (OMH) (OMROD) et al **CASE CLOSED on 04/28/2009**

CLOSED,PRO SE

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)]**

## Notice of Electronic Filing

The following transaction was entered on 7/15/2026 at 1:17 PM EDT and filed on 7/15/2026
**Case Name:** Daley v. Commissioner of (OMH) (OMROD) et al
**Case Number:** 5:09-cv-00146-BKS-CBF
**Filer:**
**WARNING: CASE CLOSED on 04/28/2009**
**Document Number:** 18(No document attached)

**Docket Text:**
**TEXT ORDER: The Court has carefully reviewed Plaintiff's most recent letter motion requesting reconsideration, vacatur of the judgment, and other relief. (Dkt. No. [17]). Plaintiff has not met the high bar for reconsideration, and there is no basis to vacate the judgment or otherwise reopen this case. See Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995) (reconsideration); Mandala v. NTT Data, Inc., 88 F.4th 353, 359, 361 (2d Cir. 2023) (Rule 60(b)). To the extent Plaintiff seeks a stay or injunction pending appeal, there is no appeal pending in this case. And in any event, he has not met his burden to obtain such relief. See Öztürk v. Hyde, 136 F.4th 382, 390 (2d Cir. 2025) (citing Nken v. Holder, 556 U.S. 418, 434 (2009)). The motion is therefore DENIED. SO ORDERED by Chief Judge Brenda K. Sannes on 7/15/2026. (Copy served upon pro se plaintiff via regular mail.) (nmk)**

**5:09-cv-00146-BKS-CBF Notice has been electronically mailed to:**

**5:09-cv-00146-BKS-CBF Notice has been delivered by other means to:**

John R. Daley, Jr
98-01 67th Avenus
Brussels- Apt 3-0
Queens, NY 11374

**Orders on Motions**

1:10-cv-00771-GTS-DEP
Pickering-George v. Cuomo et al
**CASE CLOSED on 05/12/2011**

CLOSED,PRO SE

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)]**

**Notice of Electronic Filing**

The following transaction was entered on 6/2/2026 at 9:39 AM EDT and filed on 6/2/2026

**Case Name:** Pickering-George v. Cuomo et al
**Case Number:** 1:10-cv-00771-GTS-DEP
**Filer:**
**WARNING: CASE CLOSED on 05/12/2011**
**Document Number:** 20(No document attached)

**Docket Text:**
**TEXT ORDER denying # [19] Plaintiff's motion to reopen his case. The last filing in this case was a Mandate from the Second Circuit issued on 12/13/2011 denying Plaintiff's motion for leave to file an appeal. (Dkt. No. [18].) Plaintiff had sought to appeal from this Court's Memorandum- Decision and Order of 05/12/2011, dismissing his complaint for failure to state a claim upon which relief could be granted and frivolousness. (Dkt. No. [10].) Plaintiff seeks to reopen the case to rectify alleged errors that were committed by the magistrate judge and this Court. (Dkt. No. [19].) However, he does not specify what those committed errors were or how they should be resolved. (See generally id.) "Rule 60(b) allows a party to seek relief from final judgment and reopen a case based on mistake or excusable neglect, newly discovered evidence, fraud, or the void or prospectively inequitable status of a judgment. See Rules 60(b)(1)-(5). Rule 60(b) also includes a catchall provision--Rule 60(b)(6)--that allows a district court to reopen a case for any other reason that justifies relief." BLOM Bank SAL v. Honickman, 605 U.S. 204, 210 (2025) (internal quotation marks omitted). Plaintiff has not provided sufficient grounds for relieving him of this Court's Memorandum-Decision and Order of 05/12/2011. His motion to reopen is therefore DENIED. The Court certifies that an appeal from this Text Order would not be taken in good faith. SO ORDERED by U.S. District Judge Glenn T Suddaby on June 2, 2026. {Copy served via regular mail on pro se plaintiff at 98-01 69th Ave., Brussers - Apt. 3-0, Queens, NY 11374}(rep)**

**1:10-cv-00771-GTS-DEP Notice has been electronically mailed to:**

**1:10-cv-00771-GTS-DEP Notice has been delivered by other means to:**

John T. Pickering-George
100 West 174 Street
Apt. 6-D
Bronx, NY 10453

## Orders on Motions

1:11-cv-00741-MAD-RFT Pickering-George v. Office of the Attorney General, Mario Cuomo et al **CASE CLOSED on 10/28/2011**

CLOSED,PRO SE

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)]**

### Notice of Electronic Filing

The following transaction was entered on 7/13/2026 at 2:25 PM EDT and filed on 7/13/2026
**Case Name:** Pickering-George v. Office of the Attorney General, Mario Cuomo et al
**Case Number:** 1:11-cv-00741-MAD-RFT
**Filer:**
**WARNING: CASE CLOSED on 10/28/2011**
**Document Number:** 22(No document attached)

**Docket Text:**
**TEXT ORDER denying [21] Motion for Reconsideration The Court is in receipt of pro se Plaintiffs 27-page motion for reconsideration. See Dkt. No. 21. Plaintiff filed this exact letter in all four of his cases which have been dismissed in the Northern District of New York. See id.; see also Pickering-George v. City, Counties, Districts, of New York State et al., No. 1:13-CV-458 (AJB/CFH), Dkt. No. 29; Daley v. Commissioner of (OMH) (OMROD) et al., No. 5:09-CV-146 (BKS/CBF), Dkt. No. 17; Pickering-George v. Cuomo et al., 1:10-CV-771 (GTS/DEP), Dkt. No. 22. Judge Brindisi denied the motion in the case before him on July 13, 2026. Likewise, this Court DENIES the motion for reconsideration. Plaintiff has not set forth a viable legal ground warranting reconsideration of past decisions under either Rule 59 or 60 of the Federal Rules of Civil Procedure. The Court entered judgment in this case nearly fifteen years ago, see Dkt. No. 9, and Plaintiff has not presented any grounds to alter that decision or otherwise reopen the case. Plaintiffs motion is DENIED. IT IS SO ORDERED. Signed by U.S. District Judge Mae A. D'Agostino on 07/13/2026. (Copy served on pro se plaintiff via regular mail)(Shuster, Ariel)**

**1:11-cv-00741-MAD-RFT Notice has been electronically mailed to:**

**1:11-cv-00741-MAD-RFT Notice has been delivered by other means to:**

John Pickering-George
98-01 67th Ave
Brussels -Apt 3-0
Queens, NY 11374

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US DISTRICT COURT
NDNY, US COURT HOUSE
CLERK OF THE COURT
P.O. BOX 7367
100 S. CLINTON STREET.
SYRACUS, NY - 13261 - 7367

9590 9402 0099 6058 0347 47

2. Article Number *(Transfer from service label)*

7021 2720 0001 9715 2790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

9590 9402 0099 6058 0347 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT, 3-O
REGO PARK
QUEENS, N.Y. 11374

Case: 26-2236, 08/11/2026, DktEntry: 1.1 (11 of 14)

JOHN PICKERING
98-01 67TH AVENUE
BRUSSELS - APT. 3-O
REGO PARK
QUEENS, N.Y. 11374

Retail

U.S. POSTAGE PAID
FCM LG ENV
FOREST HILLS, NY 11375
AUG 07, 2026

13261

$12.47

RDC 99

S2324K503745-31

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3672 4854 00

U.S. DISTRICT COURT
NDNY, US COURTHOUSE
CLERK OF THE COURT
P.O. BOX 7367
100 S. CLINTON STREET
SYRACUS, N.Y. 13261-7367

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 10 2026
RECEIVED

APPEAL,CLOSED,PRO SE

# U.S. District Court
# Northern District of New York − Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.5)] (Syracuse)
# CIVIL DOCKET FOR CASE #: 5:09−cv−00146−BKS−CBF
***Internal Use Only***

Daley v. Commissioner of (OMH) (OMROD) et al
Assigned to: Chief Judge Brenda K. Sannes
Referred to: Magistrate Judge Carla B. Freedman
Case in other court: 2nd Circuit, 09−02222−cv
Cause: 42:1983 Civil Rights Act

Date Filed: 02/05/2009
Date Terminated: 04/28/2009
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**John R. Daley, Jr.**
*also known as*
John T. Pickering−George

represented by **John R. Daley, Jr.**
98−01 67th Avenus
Brussels− Apt 3−0
Queens, NY 11374
Email:
PRO SE

V.

**Defendant**

**Commissioner of (OMH) (OMROD)**

**Defendant**

**Administration of the Mental Health Hygiene Law of New York State**

**Defendant**

**Bronx Psychiatric Cent.**

**Defendant**

**Manhattans County Legal Aid Society Staff**

**Defendant**

**New York County Criminal Court of the City of New York**

**Defendant**

**Forensic Psychiatry Clinic Psychiatrists**

**Defendant**

**The City of New York**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2009 | 1 | COMPLAINT filed by pro se plaintiff, John R. Daley, Jr., against all defendants. Exhibit E, Exhibit H−Part 3, and Exhibit L are filed traditionally with the Clerk's Office and are not available for electronic view. (No fee paid, IFP pending) (Attachments: # 1 Jury Demand, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B − Part 2, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit H − Part 2, # 11 Exhibit H − Part 4, # 12 Exhibit H − Part 4 (2), # 13 Exhibit I, # 14 |

| | | |
|---|---|---|
| | | Exhibit I − Part 2, # 15 Exhibit J, # 16 Exhibit K, # 17 Certificate of Service, # 18 Mailing Envelope) (mae) (Entered: 02/09/2009) |
| 02/05/2009 | 2 | MOTION for Leave to Proceed in forma pauperis filed by John R. Daley, Jr. (mae) (Entered: 02/09/2009) |
| 03/18/2009 | 3 | MEMORANDUM OF LAW filed by John R. Daley, Jr. (nas ) (Entered: 04/09/2009) |
| 04/28/2009 | 4 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Case is DISMISSED pursuant to 28 U.S.C. section 1915(e)(2)(B)(i)−(iii). Any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. section 1915(a)(3). Any request to proceed on appeal as a poor person should be directed, on motion, to the United States Court of Appeals for the Second Circuit in accordance with Rule 24 of the FRAP 24(a)(5). (Served plaintiff by regular mail)Signed by Chief Judge Norman A. Mordue on 4/28/09. (dmf) (Entered: 04/28/2009) |
| 04/28/2009 | 5 | JUDGMENT that the case is DISMISSED pursuant to 28 U.S.C. section 1915(e)(2)(B)(i)−(iii), in accordance with the Order issued by the Honorable Norman A. Mordue on 4/28/09. (Served plaintiff by regular mail) (dmf) (Entered: 04/28/2009) |
| 05/01/2009 | 6 | **STRICKEN FROM THE RECORD** AMENDED COMPLAINT against all defendants filed by John R. Daley, Jr. (Attachments: # 1 Jury Demand, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B−Part 2, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit H − Part 2, # 12 Exhibit H−Part 3, # 13 Exhibit H−Part 4, # 14 Exhibit H − Part 4(2), # 15 Exhibit I, # 16 Exhibit I − Part 2, # 17 Exhibit J, # 18 Exhibit K, # 19 Exhibit L, # 20 IFP Application, # 21 Mailing Envelope)(mae) Modified on 5/4/2009 to reflect that this document was striken from the record pursuant to the # 7 Order to Strike. (mae) (Entered: 05/04/2009) |
| 05/04/2009 | 7 | ORDER TO STRIKE: it is Ordered that the # 6 Amended Complaint filed by pro se plaintiff, John R. Daley, Jr., is hereby Stricken from the Record as the case is closed and this Court no longer has jurisdiction. Docket # 6 will not be considered by the Court. Signed by Chief Judge Norman A. Mordue on 5/4/2009. {Copy served upon plaintiff by regular mail} (mae) (Entered: 05/04/2009) |
| 05/20/2009 | 8 | NOTICE OF APPEAL as to 4 Order on Motion for Leave to Proceed in forma pauperis and 7 Order to Strike, by John R. Daley, Jr. (dmf) (Entered: 05/26/2009) |
| 05/26/2009 | 9 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 8 Notice of Appeal (dmf) (Entered: 05/26/2009) |
| 08/24/2009 | | USCA Case Number is 09−2222−cv for 8 Appeal filed by John R. Daley, Jr. (cbm ) (Entered: 08/24/2009) |
| 09/02/2009 | 10 | Letter from Plaintiff Daley advising the court of his change of address (100 West 174th Street, Apt. #6−D, Bronx, New York 10453. (dmf) (Entered: 09/02/2009) |
| 10/02/2009 | 11 | MANDATE of USCA, issued 9/29/09, DISMISSING 8 Appeal filed by John R. Daley, Jr. (cbm ) (Entered: 10/02/2009) |
| 12/05/2011 | | **File Transferred to the Federal Records Center. Storage Information on this Closed Case: Accession Number 021−11−1545, Box 31 of 32. (mae)** (Entered: 12/05/2011) |
| 05/18/2026 | 12 | Letter Motion from John Pickering requesting to reopen closed civil cases. (Attachments: # 1 Declaration, # 2 Exhibits, # 3 Envelope)(mmg). (Entered: 05/18/2026) |
| 05/18/2026 | 13 | TEXT ORDER REASSIGNING CASE. Case reassigned to Chief Judge Brenda K. Sannes and Magistrate Judge Carla B. Freedman for all further proceedings. Senior Judge Norman A. Mordue and Magistrate Judge Gustave J. DiBianco no longer assigned to case. SO ORDERED by Chief Judge Brenda K. Sannes on 5/18/26. (lmw) (Entered: 05/18/2026) |
| 05/28/2026 | 14 | TEXT ORDER: The Court has reviewed Plaintiff's 12 Letter Motion under Fed. R. Civ. P. 60(b) to reopen this case. On 4/28/2009, the Court dismissed Plaintiff's complaint for failure to state a claim and entered judgment dismissing this case. See Dkt. Nos. 4, 5. On 9/29/2009, the Second Circuit dismissed Plaintiff's appeal. Dkt. No. |

| | | |
|---|---|---|
| | | 11. Thus, this action has been closed for more than sixteen years. Relief under Rule 60(b) may be awarded for the following reasons : "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence...; (3) fraud..., misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief." Fed. R. Civ. Proc. 60(b)(1)−(6). "Relief under Rule 60(b)(6) is reserved for cases that present extraordinary circumstances." Mandala v. NTT Data, Inc., 88 F.4th 353, 361 (2d Cir. 2023) (internal quotation marks omitted). Here, Plaintiff's vague claims of irregularities, lack of transcripts, and judicial misconduct fail to justify relief under any provision of Rule 60(b). The Court therefore finds no basis for vacating the judgment in this case. Accordingly, Plaintiff's [ 12] Letter Motion to reopen this case is DENIED. SO ORDERED by Chief Judge Brenda K. Sannes on 5/28/2026. (Copy served upon pro se plaintiff via regular mail.) (nmk) (Entered: 05/28/2026) |
| 06/18/2026 | 15 | MOTION for Reconsideration in re # 14 Text Order and Brief in support to Reopen case, filed by John R. Daley, Jr. (mmg) (Entered: 06/18/2026) |
| 06/22/2026 | 16 | TEXT ORDER: The Court has reviewed Plaintiff's 15 Motion for Reconsideration of the 14 Text Order denying Plaintiff's 12 Motion to Reopen this case, which was closed more than seventeen years ago. See Dkt. No. 5 (Judgment entered 4/28/2009). In general, a motion for reconsideration may only be granted upon one of three grounds: (1) an intervening change of controlling law; (2) the availability of new evidence; or (3) the need to correct a clear error of law or prevent manifest injustice. United States v. Zhu, 41 F. Supp. 3d 341, 342 (S.D.N.Y. 2014) (citing Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd., 956 F.2d 1245, 1255 (2d Cir. 1992)). Plaintiff's 15 Motion is DENIED as it fails to identify a change of controlling law, new evidence, or a need to correct a clear error of law or prevent manifest injustice. SO ORDERED by Chief Judge Brenda K. Sannes on 6/22/2026. (Copy served upon pro se plaintiff via regular mail.) (nmk) (Entered: 06/22/2026) |
| 07/10/2026 | 17 | Letter Motion from John Pickering aka John Daley requesting reconsideration, vacating judgment or judgments or orders and stay or injunction pending appeal submitted to Judge Brenda K. Sannes. (tll) (Entered: 07/10/2026) |
| 07/15/2026 | 18 | TEXT ORDER: The Court has carefully reviewed Plaintiff's most recent letter motion requesting reconsideration, vacatur of the judgment, and other relief. (Dkt. No. 17 ). Plaintiff has not met the high bar for reconsideration, and there is no basis to vacate the judgment or otherwise reopen this case. See Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995) (reconsideration); Mandala v. NTT Data, Inc., 88 F.4th 353, 359, 361 (2d Cir. 2023) (Rule 60(b)). To the extent Plaintiff seeks a stay or injunction pending appeal, there is no appeal pending in this case. And in any event, he has not met his burden to obtain such relief. See &#0214ztürk v. Hyde, 136 F.4th 382, 390 (2d Cir. 2025) (citing Nken v. Holder, 556 U.S. 418, 434 (2009)). The motion is therefore DENIED. SO ORDERED by Chief Judge Brenda K. Sannes on 7/15/2026. (Copy served upon pro se plaintiff via regular mail.) (nmk) (Entered: 07/15/2026) |
| 08/10/2026 | 19 | Request for Transcripts of all cases enclosed filed by John R. Daley, Jr. Copy of Docket and Judgment sent via regular mail to Pro Se. (mmg) (Entered: 08/10/2026) |
| 08/10/2026 | 20 | NOTICE OF APPEAL with Informa Pauperis as to # 18 Order on Letter Request, filed by John R. Daley, Jr. (mmg). Modified on 8/10/2026 to update docket text to include IFP in filing. (mmg). (Entered: 08/10/2026) |
| 08/10/2026 | 21 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re # 20 Notice of Appeal. Notice sent via regular mail to Pro se. (mmg) (Entered: 08/10/2026) |